**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ ___1st___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __Francisco Jose Munguia__ JOINT DEBTOR: __Iris Munguia___ CASE NO.: __12-13807-RAM___
Last Four Digits of SS# ___4753___ Last Four Digits of SS# ___3110___

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ___60___ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.  $___309.00___ for months ___1___ to ___60___;
   B.  $_____ for months _____ to _____;
   C.  $_____ for months _____ to _____; in order to pay the following creditors:

Administrative:   Attorney's Fee - $___4,250.00 +175.00 Costs___   TOTAL PAID $ ___1,610.00___
   Balance Due- $___2,815.00___ payable $___255.91___/month (Months ___1___ to ___11___)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____   Arrearage on Petition Date  $_____
Address: _____   Arrears Payment   $_____/month  (Months ___ to ___)
   _____   Regular Payment   $_____/month  (Months ___ to ___)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Space Coast Credit Union H/S Second Mortgage Acct. No 1080 | Homestead 15542 SW 85 LN Miami, FL 33193 $75,000.00 | 0% | $0.00 | ___1___ to ___60___ | $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due $_____
   Payable  $_____/month  (Months_____ to _____)

Unsecured Creditors:  Pay $___22.19___ month (Months__1__ to __11__), $__278.10__ month (Months__12__ to __60__) Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:   PNC Mortgage H/S 1st mortgage, Olympia Gardens Condo Association c/o MGMT 0035 H/S HOA and Santander Consumer USA are current and being paid outside the chapter 13 plan. Space Coast Credit Union H/S 2nd mortgage is being stripped off through the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

   ___/s Francisco Jose Munguia___   ___/s Iris Munguia___
   Debtor   Co-Debtor

Date: ___5/14/12___   Date: ___5/14/12___

LF-31 (rev. 01/08/10)