

ORDERED in the Southern District of Florida on June 15, 2012.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | |
|---|---|
| In re: | CASE NO.: 12-13807-RAM |
| FRANCISCO J. MUNGUIA | CHAPTER 13 |
| XXX-XX-4753 | |
| IRIS S. MUNGUIA | |
| XXX-XX-3110 | |
| **Debtors** | |
| _____/ | |

## AGREED ORDER SUSTAINING OBJECTION TO CLAIM # 3

THIS CAUSE came on to be heard on June 12, 2012, upon the Debtor's Objection to Claim #3 of Gennie Mae / PNC Mortgage (Document #28), and based upon the record, it is:

**ORDERED** as follows:

1. The Debtor's Objection to Claim #3 is sustained, as property is being paid outside.

2. Gennie Mae / PNC Mortgage Claim #3 is disallowed from receiving distribution from the Chapter 13 Trustee.

(###)

Patrick L. Cordero, Esquire is directed to furnish a conformed copy of this order to all interested parties.